BARBARA HALL et al., Respondents, v. FLORIDA GREYHOUND LINES, INC., et al., Appellants.— Order entered March 2, 1948, denying defendants' motion to correct the stenographer's minutes of the decision dictated by the court unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BARBARA HALL et al., Respondents, v. FLORIDA GREYHOUND LINES, INC., et al., Appellants.— Judgment as to the plaintiff Rayner unanimously affirmed, and unanimously modified as to the plaintiff Hall by reducing the judgment in her favor against the Florida Greyhound Lines, Inc., from $2,500 to $1,250, and by reducing the judgment in her favor against Atlantic Greyhound Lines, Inc., from $1,500 to $750 and, as so modified, affirmed, with costs of this appeal to

the appellants. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.